| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | Case No. 1:21-CV-05564(JMF) |

MARIA REYES,

                Plaintiff,

- against -                           **CLERKS' CERTIFICATE**
                                                                 **OF DEFAULT**

RICHARD BUSES INC. and
FIRST STEPS TRANS., INC.,

                Defendants.

    I, RUBY J. KRAJICK, Clerk of Court of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on June 25, 2021 with the filing of a summons and complaint. A copy of the summons and complaint was served on Defendants, RICHARD BUSES INC. and FIRST STEPS TRANS., INC., on June 30, 2021 by personally serving Nancy Dougherty, a clerk in the office of the Secretary of State, and proof of service was therefore filed on July 6, 2021, Doc # 7 & 8. I further certify that the docket entries indicate that the Defendants, RICHARD BUSES INC. and FIRST STEPS TRANS., INC., have not answered or otherwise moved with respect to the complaint herein. The default of the Defendants, RICHARD BUSES INC. and FIRST STEPS TRANS., INC., is hereby noted.

Dated: _____ \_\_\_\_, 2021

                                                    RUBY J. KRAJICK,
                                                    Clerk of Court

                                                    By: _____
                                                              Deputy Clerk