# Law Offices of
# James F. Sullivan, P.C.

52 Duane Street, 7th Floor
New York, New York 10007
(212) 374-0009
Fax (212) 374-9931
Email: Joshe@Jfslaw.net

August 13, 2021

Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

    **Re:**    **Maria Reyes v. Richard Buses Inc. et. al.**
    **Case No.:**    **1:21-cv-05564 (JMF)**

Dear Judge Furman:

This office represents Plaintiff, Maria Reyes, in the above referenced matter. Due to unforeseen circumstances, the Court's Order dated August 6, 2021, was not timely served on Defendants by overnight courier within one (1) business day as instructed by the Court.

Plaintiff respectfully requests an extension of time to serve the Court's Order in order to timely comply with the Court's directive. Counsel for Plaintiff was out of office on vacation on August 6, 2021 causing the delay in service of the Order.

The Court's time and attention to this matter is greatly appreciated.

Sincerely,

/S/ *Joshua Eidsvaag*
Joshua Eidsvaag, Esq.