UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MARIA REYES,

                                                          CASE NO. **1:20-cv-05564 (JMF)**

                                          Plaintiff,

                                                              **AFFIDAVIT OF SERVICE**

                -against-

RICHARD BUSES INC. and
FIRST STEPS TRANS., INC.,

                                            Defendants.

_____

      Joshua Eidsvaag, an attorney duly admitted to practice law before the United States District Court, Southern District of New York, hereby affirms under penalty of perjury as follows: That on August 16, 2021, I served a true copy of the within Order dated August 6, 2021 (Docket No. 9), by FedEx Overnight Courier to the address as indicated below:

RICHARD BUSES INC.
48 Hinton Street
Staten Island, New York 10312

FIRST STEPS TRANS., INC.,
2859 West 37th Street
Brooklyn, New York 11224

      The foregoing addresses are the addresses designated by the Defendants for service of process by mail upon the preceding papers in this action, or where there was and is now a regular communication by mail, or the place designated by the Defendants with the New York State Secretary of State for service of process pursuant to the applicable provisions of the BCL.

Dated: August 16, 2021

                                                                       *Joshua Eidsvaag*
                                                                       Joshua Eidsvaag

Sworn to before me on the
16th day of August, 2021

_____
Notary Public

ROBERT J. MAHER, ESQ.
Notary Public, State of New York
No. 02MA6170484
Qualified in New York County
Commission Expires 08/15/20__