Joshua Eidsvaag
Law Offices of James F. Sullivan, P.C.
52 Duane Street, 7th Floor
New York, New York 10007
T:	(212) 374-0009
F:	(212) 374-9931
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

MARIA REYES,

                                               CASE NO. **1:20-cv-05564 (JMF)**

                         Plaintiff,      **MOTION FOR DEFAULT JUDGMENT**

                       -against-

RICHARD BUSES INC. and
FIRST STEPS TRANS., INC.,

                       Defendants.
_____

TO:	HON. JESSE M. FURMAN:

        Plaintiff, MARIA REYES, moves for a default judgment against Defendants, RICHARD BUSES INC. and FIRST STEPS TRANS., INC., pursuant to Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b) for the full amount as set forth in Plaintiff's Declaration and supporting documents, including liquidated damages, statutory penalties, prejudgment interest through the date thereof, post-judgment interest, and attorneys' fees and costs as reflected in the attached proposed judgment.

Dated: August 18, 2021
       New York, New York

                                                Respectfully submitted,

                              By:    */S/ Joshua Eidsvaag*
                                     Joshua Eidsvaag, Esq.