UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MARIA REYES,

                                                                                           CASE NO. **1:21-cv-05564 (JMF)**

                                           Plaintiff,     **AFFIDAVIT OF SERVICE**
                                        -against-

RICHARD BUSES INC. and
FIRST STEPS TRANS., INC.,

                                           Defendants.

      Rachel Montanez, being duly sworn, deposes and says, that he/she is not a party to the action herein. That on August 19, 2021, I served a true copy of the within Motion for Default Judgment, Declarations in Support and Supporting Exhibits (Docket No. 17-20), by mailing the same by FedEx Overnight to the addresses as indicated below:

RICHARD BUSES INC.
48 Hinton Street
Staten Island, New York 10312

FIRST STEPS TRANS., INC.
2859 West 37th Street
Brooklyn, New York 11224

      The foregoing addresses are the addresses designated by the Defendants for service of process by mail upon the preceding papers in this action, or where there was and is now a regular communication by mail, or the place designated by the Defendants with the New York State Secretary of State for service of process pursuant to the applicable provisions of the BCL.

                                                                                Rachel Montanez

Sworn to before me on the
19th day of August, 2021

_____
Notary Public

Joshua Andreas Eidsvaag
Notary Public, State of New York
No. 02EI6349957
Qualified In New York County
Commission Expires 10/31/20 24