UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MARIA REYES,

                                        CASE NO. **1:21-cv-05564 (JMF)**

                    Plaintiff,    **AFFIDAVIT OF SERVICE**
            -against-

RICHARD BUSES INC. and
FIRST STEPS TRANS., INC.,

                    Defendants.

      Rachel Montanez, being duly sworn, deposes and says, that he/she is not a party to the action herein. That on August 30, 2021, I served a true copy of the within Order dated August 30, 2021, by mailing the same by FedEx Overnight to the addresses as indicated below:

RICHARD BUSES INC.
48 Hinton Street
Staten Island, New York 10312

FIRST STEPS TRANS., INC.
2859 West 37th Street
Brooklyn, New York 11224

      The foregoing addresses are the addresses designated by the Defendants for service of process by mail upon the preceding papers in this action, or where there was and is now a regular communication by mail, or the place designated by the Defendants with the New York State Secretary of State for service of process pursuant to the applicable provisions of the BCL.

                                                               Rachel Montanez

Sworn to before me on the
30th day of August, 2021

_____
Notary Public

Joshua Andreas Eidsvaag
Notary Public, State of New York
No. 02EI6349957
Qualified In New York County
Commission Expires 10/31/20__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
MARIA REYES,                                                      :
                                                                  :
                        Plaintiff,                                :
                                                                  :        21-CV-5564 (JMF)
        -v-                                                       :
                                                                  :        ORDER
RICHARD BUSES INC., et al.,                                       :
                                                                  :
                        Defendants.                               :
                                                                  :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      IT IS HEREBY ORDERED that the default judgement conference in this matter, scheduled for **September 9, 2021, at 4:45 p.m.**, will be held **remotely by telephone** in accordance with Rule 2(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.  The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key.  (Members of the public and press may also attend using the same dial-in information; they will not be allowed to speak during the conference.)  Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 2(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

      It is further ORDERED that Plaintiff serve Defendants via overnight courier with a copy of this Order, and promptly file proof of such service on the docket.

      SO ORDERED.

Dated: August 30, 2021
      New York, New York

                                                      JESSE M. FURMAN
                                                    United States District Judge