UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

MARIA REYES,

                                                                                 CASE NO. **1:~~20~~-cv-05564 (JMF)**    (*21* inserted)

                                  Plaintiff,          **~~PROPOSED~~ DEFAULT JUDGMENT**

                                   -against-

RICHARD BUSES INC. and
FIRST STEPS TRANS., INC.,

                                   Defendants.
_____

This action ~~have~~ *having* been commenced on June 25, 2021 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on Defendants, RICHARD BUSES INC. and FIRST STEPS TRANS., INC., on June 30, 2021 by personally serving Nancy Dougherty, a clerk in the office of the Secretary of State, and proof of service having been filed on July 6, 2021 and the Defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is~~.~~ *hereby*

ORDERED, ADJUDGED AND DECREED: That the Plaintiff *shall* have judgment against Defendants in the liquidated amount of $82,711.66 with interest at 9% from September 19, 2018 amounting to ~~$9,554.31~~ *$9,538.18* plus costs and disbursements of this action in the amount of ~~$7,542.00~~ *$6,470.50* amounting in all to ~~$99,807.97.~~ *$98,720.34*

The Clerk of Court is directed to terminate ECF No. 17 and to close the case.

Dated: ~~August ____, 2021~~ *September 10, 2021*

New York, New York

SO ORDERED.

_____
Hon. Jesse M. Furman
United States District Judge

~~This document was entered on the docket on _____.~~