```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MARIA REYES,                                                           :
                         Plaintiff,                                    :
                                                                       :           21-CV-5564 (JMF)
            -v-                                                        :
                                                                       :               ORDER
                                                                       :
RICHARD BUSES, INC. et al.,                                            :
                                                                       :
                         Defendants.                                   :
                                                                       :
-----------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      The Court will hold a telephone conference on **October 7, 2021** at **3:30 p.m.** to discuss Defendants' Motion to Vacate the Court's Default Judgment, *see* ECF No. 27, and next steps in the case, including a briefing schedule, if necessary.

      The conference will be held in accordance with Rule 2(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 2(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

      SO ORDERED.

Dated: October 4, 2021
       New York, New York

                                                                          JESSE M. FURMAN
                                                                         United States District Judge