UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                       :
MARIA REYES,                                                           :
                                                                       :
                              Plaintiff,                               :
                                                                       :                21-CV-5564 (JMF)
              -v-                                                      :
                                                                       :                ORDER
RICHARD BUSES, INC., et al.,                                           :
                                                                       :
                              Defendants.                              :
                                                                       :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

         As stated on the record during the teleconference held earlier today:

- Defendants' Motion to Vacate the Default Judgment, *see* ECF No. 27, is hereby
  GRANTED on consent.

- It is further ORDERED that the parties shall, no later than **October 22, 2021**, file a joint
  letter indicating whether the parties have reached agreement that arbitration is mandated.
  If the parties agree that arbitration is mandated, they shall file a proposed order or
  judgment to that effect with the joint letter.  If the parties do not agree, the parties shall
  indicate their positions on the proper process for resolving the disagreement (e.g., on a
  motion to compel arbitration or a motion to dismiss in lieu of arbitration), including a
  briefing schedule, if necessary.

- The Clerk of Court is directed to terminate ECF No. 27.

         SO ORDERED.

Dated: October 7, 2021
       New York, New York
                                                        _____
                                                        JESSE M. FURMAN
                                                        United States District Judge